UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| EMHART INDUSTRIES, INC., Plaintiff, | ) | |
| v. | ) | No. 04-0058ML |
| BERNARD V. BUONANNO, SR. and ESTATE OF JOSEPH BUONANNO, SR., Defendants. | ) | |

**OBJECTION TO MOTION FOR RELIEF FROM STAY**

Defendants Bernard V. Buonanno, Sr. and the Estate of Joseph Buonanno, Sr., hereby object to plaintiff's motion for relief from the stay of this Court entered July 22, 2004.

A Memorandum is filed herewith.

BERNAND V. BUONANNO, SR. and
ESTATE OF JOSEPH BUONANNO, SR.
By their attorneys,

Deming E. Sherman (#1138)
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (Fax)

September 26, 2005

**CERTIFICATE OF SERVICE**

I hereby certify that I mailed a copy of the within Objection by first class mail to Craig M. Scott, Esq., Duffy Sweeney & Scott, Ltd., One Turks Head Place, Suite 1200, Providence, RI 02903 and Jerome C. Muys, Jr., Esq. and Warren Anthony Fitch, Esq., Swidler Berlin Shereff Friedman, LLP, 3000 K Street, N.W., Suite 300, Washington, DC 2007-5116 on September 26, 2005.

Dennis E. Sherman

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| EMHART INDUSTRIES, INC., Plaintiff, v. BERNARD V. BUONANNO, SR. and ESTATE OF JOSEPH BUONANNO, SR. Defendants. | ) | No. 04-0058ML |

**MEMORANDUM OF BERNARD BUONANNO, SR. AND ESTATE OF JOSEPH BUONANNO, SR. IN SUPPORT OF OBJECTION TO MOTION FOR RELIEF FROM STAY**

Defendants Bernard V. Buonanno, Sr. and the Estate of Joseph Buonanno, Sr. ("Estate") object to the lifting of the stay entered by this Court on July 22, 2004. This stay was entered by the Court after a hearing on the Estate's Motion to Dismiss in June 2004, after which the Court determined that it would be appropriate to wait until the Rhode Island courts acted on this matter.

At the present time, the Estate is awaiting action by the Rhode Island Supreme Court on its refiled Petition for Writ of Certiorari that followed the issuance of a decision by the Probate Court of South Kingstown relating to allowance of the plaintiff's late-filed probate claim. The original petition was granted to the extent that it returned the case to the Probate Court for preparation of a "reasoned decision" relating to the allowance of the plaintiff's claim in the Probate Court. (The probate estate was distributed in the early 1990s.) We are awaiting action on the subsequent petition that was filed on March 28, 2005.

The action by the Supreme Court will have a material impact on the conduct of this case. We believe the decision of the Probate Court allowing the plaintiff's claim is clearly erroneous

and, if that is the case, for the reasons stated in the Estate's Motion to Dismiss, we believe that the disallowance of the probate claim will be dispositive. Accordingly, it makes little sense to proceed with this case until such time as the Supreme Court has acted.

In addition, it makes no sense for the case to proceed piecemeal against Bernard V. Buonanno, Sr. while there is great uncertainty about the balance of the proceedings. We believe that the Supreme Court will act in the near future. At that point, this Court can determine whether this case should proceed.

BERNARD V. BUONANNO, SR. and
ESTATE OF JOSEPH BUONANNO, SR.
By their attorneys,

Deming E. Sherman (#1138)
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (Fax)

September 26, 2005

**CERTIFICATE OF SERVICE**

I hereby certify that I mailed a copy of the within Memorandum by first class mail to Craig M. Scott, Esq., Duffy Sweeney & Scott, Ltd., One Turks Head Place, Suite 1200, Providence, RI 02903; Jerome C. Muys, Jr., Esq., and Warren Anthony Fitch, Esq., Swidler Berlin Shereff Friedman, LLP, 3000 K Street, N.W., Suite 300, Washington, DC 2007-5116 on September 26, 2005.