UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

EMHART INDUSTRIES, INC., )
)
Plaintiff, )
)
v. ) No. 04-0058ML
)
)
BERNARD V. BUONANNO, SR. and )
ESTATE OF JOSEPH BUONANNO, SR., )
)
Defendants. )

**SUPPLEMENT TO OBJECTION TO MOTION FOR RELIEF FROM STAY**

Defendants Bernard V. Buonanno, Sr. and the Estate of Joseph Buonanno, Sr., hereby supplement their Objection to plaintiff's motion for relief from the stay of this Court by bringing to the Court's attention the fact that the Rhode Island Supreme Court has granted the petition for writ of certiorari filed by the Estate of Joseph Buonanno, Sr. A copy of the Order dated September 22, 2005, received by the undersigned this date, is attached as Exhibit A. The case will now proceed to briefing and argument in the Supreme Court.

Accordingly, we urge this Court to continue the stay until the Supreme Court has rendered its decision on the writ.

Respectfully submitted,

BERNARD V. BUONANNO, SR. and
ESTATE OF JOSEPH BUONANNO, SR.
By their attorneys,

Deming E. Sherman (#1138)
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (Fax)

September 29, 2005

**CERTIFICATE OF SERVICE**

I hereby certify that I mailed a copy of the within Objection by first class mail to Craig M. Scott, Esq., Duffy Sweeney & Scott, Ltd., One Turks Head Place, Suite 1200, Providence, RI 02903 and Jerome C. Muys, Jr., Esq. and Warren Anthony Fitch, Esq., Swidler Berlin Shereff Friedman, LLP, 3000 K Street, N.W., Suite 300, Washington, DC 2007-5116 on September 29, 2005.

**Supreme Court**
No. 05-103-M.P.
(P. C. No. 91-20)

In re: Estate of Joseph E. Buonanno :

**ORDER**

The petition for writ of certiorari is granted.

Justice Robinson did not participate.

Entered as an Order of this Court this *22nd* day of ***September 2005.***

By Order,

Clerk

A