**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| EMHART INDUSTRIES, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-0058ML |
| | ) | |
| BERNARD V. BUONANNO, SR. and | ) | |
| ESTATE OF JOSEPH BUONANNO, SR. | ) | |
| | ) | |
| Defendants. | ) | |

## WITHDRAWAL OF APPEARANCE

I, Charles D. Blackman, hereby withdraw my appearance as counsel for the plaintiff, Emhart Industries, Inc., in the above-entitled matter. Craig M. Scott and the law firm of Duffy Sweeney & Scott, Ltd and Warren Anthony Fitch and the law firm of Swidler Berlin LLP shall remain as counsel of record for plaintiff.

Respectfully submitted,
EMHART INDUSTRIES, INC.
By Its Attorneys,

Charles D. Blackman (#5522)
Hinckley Allen & Snyder, LLP
1500 Fleet Center
Providence, RI 02903
(401) 274-2000
(401) 277-9600 (Facsimile)

**CERTIFICATE OF SERVICE**

TO:

Deming E. Sherman, Esq.
Darlene K. Alt, Esq.
Edwards & Angell
2800 Financial Plaza
Providence, RI 02903
Counsel of Record for Joseph E. Buonanno, Jr.

Craig M. Scott, Esq.
DUFFY SWEENEY & SCOTT, LTD.
One Turks Head Place, Suite 1200
Providence, RI 02903

I certify that on the 11th day of October, 2005, I caused a true copy of the within *Withdrawal of Appearance* to be forwarded to the above-listed counsel of record by First Class Mail.

Linda S. Guastello