RECEIVED
OCT 20 2005
Property of U.S. District Court
District of Rhode Island

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

EMHART INDUSTRIES, INC.,
Plaintiff,

v.

BERNARD V. BUONANNO, SR. and
ESTATE OF JOSEPH BUONANNO, SR.
Defendants.

No. 04-0058ML

**ORDER**

This matter came before the Court, Judge Mary Lisi presiding, on Plaintiff, Emhart Industries, Inc.'s, Motion for Relief From Stay arising from the July 22, 2004 Order staying discovery in this case. Upon consideration thereof, it is hereby:

**ORDERED, ADJUDGED AND DECREED**

1. Plaintiff's Motion is GRANTED.

ENTER:

Mary M. Lisi
Mary M. Lisi
U.S. District Judge

Date: October 21, 2005

ORDER:

Barbara Barletta
Clerk

Warren Anthony Fitch, Esq. *(pro hac vice)*
Jerome C. Muys, Jr., Esq. *(pro hac vice)*
SWIDLER BERLIN LLP
3000 K Street, NW, Suite 300
Washington, DC 20007
(202) 424-7500
(202) 295-8478 (Facsimile)

Dated: October 20, 2005

**CERTIFICATE OF SERVICE**

TO:

Deming E. Sherman, Esq.
Providence, RI 02903

I certify that on the 20th day of October, 2005, I caused a true copy of the within *Order* to be forwarded to the above-listed counsel of record by First Class Mail.

Linda Cardente

*H:\Clients\Swidler Berlin\Emhart v. Buonanno USDC\Pleadings\Order.DOC*