UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
DEC 23 2005
Property of U.S. District Court
District of Rhode Island

| | | |
|---|---|---|
| EMHART INDUSTRIES, INC. | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | No. 04-0058ML |
| | : | |
| BERNARD V. BUONANNO, SR. and | : | |
| ESTATE OF JOSEPH BUONANNO, SR., | : | |
| | : | |
| Defendants. | : | |

**STIPULATION**

It is hereby stipulated and agreed that the time within which defendant Estate of Joseph Buonanno, Sr. shall respond to Plaintiff's First Set of Interrogatories and Plaintiff's First Request for Production of Documents is hereby extended to and including January 20, 2006.

Craig M. Scott (#4237)
DUFFY SWEENEY & SCOTT, LTD.
One Turks Head Place - Suite 1200
Providence, RI 02903
(401) 455-0700
(401) 455-0701 (Fax)
Attorneys for Plaintiff

Deming E. Sherman (#1138)
EDWARDS ANGELL PALMER & DODGE LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (Fax)
Attorneys for Defendants

Enter:
Mary M. Lisi
USDJ 12/30/05

December 21, 2005