**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| EMHART INDUSTRIES, INC.<br><br>Plaintiff,<br><br>v.<br><br>BERNARD V. BUONANNO, SR. and<br>ESTATE OF JOSEPH BUONANNO, SR.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 04-0058ML |

# JOINT MOTION TO EXTEND EXPERT WITNESS DISCLOSURE DEADLINES IN THE PRETRIAL ORDER

Plaintiff Emhart Industries, Inc. ("Emhart") and Defendants Bernard V. Buonanno, Sr. and Estate of Joseph Buonanno, Sr., by their respective counsel, respectfully request that the Court alter certain deadlines in the Court's October 21, 2005 Pretrial Order, by extending the deadlines for Plaintiff's and Defendants' expert witness disclosures by an additional 30 days. The other deadlines set forth in the Pretrial Order would remain the same.

The parties have largely completed written discovery. The requested extension will provide the parties with additional time to more fully develop the factual record through certain initial depositions so that the expert witnesses will be able to incorporate the documentary and testimonial evidence into their initial disclosures.

Accordingly, the parties respectfully request that the Court amend the Pretrial Order to provide for the thirty-day extension of the expert witness disclosure deadlines as follows:

1. Plaintiff shall make its expert witness disclosures as required by Fed. R. Civ. P. 26(a)(2) by June 30, 2006;

2. Defendants shall make their expert witness disclosures as required by Fed. R. Civ. P. 26(a)(2) by August 31, 2006;

WHEREFORE, the parties respectfully request that the Court alter the deadlines contained in the Pretrial Order to reflect the dates set forth above.

Respectfully submitted,

Emhart Industries, Inc.
By its Attorneys,

Craig M Scott (CMS)

Craig M. Scott, Esq. (#4237)
Kurt W. Hague, Esq. (#7297)
DUFFY SWEENEY & SCOTT, LTD
One Turks Head Place, Suite 1200
Providence, Rhode Island 02903
Telephone: (401) 455-0700
Fax: (401) 455-0701

Bernard V. Buonanno, Sr. and
Estate of Joseph Buonanno, Sr.,
By their attorneys,

Deming E. Sherman (by CMS with permission)

Deming E. Sherman, Esq.
Darlene K. Alt, Esq.
EDWARDS ANGELL PALMER & DODGE, LLP
2800 Financial Plaza
Providence, R.I. 02903
Telephone: (401) 274-9200
Fax: (401) 276-6611

Warren Anthony Fitch, Esq.
BINGHAM MCCUTCHEN, LLP
2020 K Street, NW
Washington, DC 20006
(202) 373-6000
(202) 373-6001 (Facsimile)

Dated: May 19, 2006



9291799v1

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| EMHART INDUSTRIES, INC.<br><br>Plaintiff,<br><br>v.<br><br>BERNARD V. BUONANNO, SR. and<br>ESTATE OF JOSEPH BUONANNO, SR.<br><br>Defendants. | ) | No. 04-0058ML |

**MEMORANDUM OF LAW IN SUPPORT OF JOINT MOTION TO EXTEND EXPERT WITNESS DISCLOSURE DEADLINES IN THE PRETRIAL ORDER**

Plaintiff Emhart Industries, Inc. ("Emhart") and Defendants Bernard V. Buonanno, Sr. and Estate of Joseph Buonanno, Sr., by their respective counsel, respectfully request that the Court alter certain deadlines in the Court's October 21, 2005 Pretrial Order, by extending the deadlines for Plaintiff's and Defendants' expert witness disclosures by an additional 30 days. The other deadlines set forth in the Pretrial Order would remain the same.

The parties have largely completed written discovery. The requested extension will provide the parties with additional time to more fully develop the factual record through certain initial depositions so that the expert witnesses will be able to incorporate the documentary and testimonial evidence into their initial disclosures.

Accordingly, the parties respectfully request that the Court amend the Pretrial Order to provide for the thirty-day extension of the expert witness disclosure deadlines as follows:

1. Plaintiff shall make its expert witness disclosures as required by Fed. R. Civ. P. 26(a)(2) by June 30, 2006;

2. Defendants shall make their expert witness disclosures as required by Fed. R. Civ. P. 26(a)(2) by August 31, 2006;

Respectfully submitted,

Emhart Industries, Inc.
By its Attorneys,

/s/ Craig M. Scott (CMS)

Craig M. Scott, Esq. (#4237)
Kurt W. Hague, Esq. (#7297)
DUFFY SWEENEY & SCOTT, LTD
One Turks Head Place, Suite 1200
Providence, Rhode Island 02903
Telephone: (401) 455-0700
Fax: (401) 455-0701

Warren Anthony Fitch, Esq.
BINGHAM MCCUTCHEN, LLP
2020 K Street, NW
Washington, DC 20006
(202) 373-6000
(202) 373-6001 (Facsimile)

Bernard V. Buonanno, Sr. and
Estate of Joseph Buonanno, Sr.,
By their attorneys,

/s/ Deming E. Sherman (by CMS with permission)

Deming E. Sherman, Esq.
Darlene K. Alt, Esq.
EDWARDS ANGELL PALMER &
DODGE, LLP
2800 Financial Plaza
Providence, R.I. 02903
Telephone: (401) 274-9200
Fax: (401) 276-6611

Dated: May 19, 2006