FILED
JUN 2 2 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

EMHART INDUSTRIES, INC. )
)
Plaintiff, )
)
v. ) No. 04-0058ML
)
BERNARD V. BUONANNO, SR. and )
ESTATE OF JOSEPH BUONANNO, SR. )
)
Defendants. )

**JOINT MOTION TO AMEND THE PRETRIAL ORDER**

Plaintiff Emhart Industries, Inc. ("Emhart") and Defendants Bernard V. Buonanno, Sr. and Estate of Joseph Buonanno, Sr., by their respective counsel, respectfully request that, for the reasons set forth in the attached Memorandum of Law in Support of Joint Motion to Amend the Pretrial Order, which is incorporated herein, the Court modify the deadlines in the Court's October 21, 2005 Pretrial Order as follows.

1. Plaintiff shall make its expert witness disclosures under Fed. R. Civ. P. 26(a)(2) by November 15, 2006;

2. Defendants shall make their expert witness disclosures under Fed. R. Civ. P. 26(a)(2) by December 15, 2006;

3. Expert depositions shall be completed by January 15, 2007;

4. Dispositive motions shall be filed by February 15, 2007; and

5. Counsel shall present, thirty (30) days after a decision on any dispositive motion, or, if no dispositive motions are filed, by February 28, 2007 a typewritten memorandum which shall contain the information required by the Pretrial Order.

Granted. Mary M. Lisi USDJ 6/23/06

WHEREFORE, the parties respectfully request that the Court modify the deadlines contained in the Pretrial Order to reflect the dates set forth above.

Respectfully submitted,

Emhart Industries, Inc.
By its Attorneys,

Craig M. Scott, Esq. (#4237)
Kurt W. Hague, Esq. (#7297)
DUFFY SWEENEY & SCOTT, LTD
One Turks Head Place, Suite 1200
Providence, Rhode Island 02903
Telephone: (401) 455-0700
Fax: (401) 455-0701

Warren Anthony Fitch, Esq.
BINGHAM MCCUTCHEN, LLP
2020 K Street, NW
Washington, DC 20006
(202) 373-6000
(202) 373-6001 (Facsimile)

Bernard V. Buonanno, Sr. and
Estate of Joseph Buonanno, Sr.,
By their attorneys,

Deming Sherman / w/ permission

Deming E. Sherman, Esq.
Darlene K. Alt, Esq.
EDWARDS ANGELL PALMER &
DODGE, LLP
2800 Financial Plaza
Providence, R.I. 02903
Telephone: (401) 274-9200
Fax: (401) 276-6611

Dated: June 22, 2006



9296763v1

**CERTIFICATE OF SERVICE**

TO:

Deming E. Sherman, Esq.
Darlene K. Alt, Esq.
Edwards Angell Palmer & Dodge LLP
2800 Financial Plaza
Providence, Rhode Island 02903

I certify that on the 22nd day of June 2006, I caused a true copy of the within document to be forwarded to the above-listed counsel of record by facsimile and First Class Mail.

________________________