AO88 (Rev. 1/94) Subpoena in a Civil Case

**Issued by the**

# UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

Emhart Industries, Inc.

V.

Bernard V. Buonanno, Sr. and
Estate of Joseph Buonanno, Sr.

**SUBPOENA IN A CIVIL CASE**

Case Number:[1] 04-0058 ML

TO: Fluor NE, Inc.
75 Newman Avenue
E. Providence, RI

YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

All documents specified on Schedule A, attached hereto.

| PLACE | DATE AND TIME |
|---|---|
| Duffy Sweeney & Scott, 1 Turks Head Pl., Ste 1200, Providence, RI | 08-07-06 @ 2:00 pm |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| Warren Anthony Fitch, Attorney for Plaintiff | July 18, 2006 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

Warren Anthony Fitch, Esq., Bingham McCutchen, LLP 2020 K Street, NW,
Washington, DC 20006 (202) 373-6695

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| SERVED | 7/18/06 | 700 NARRAGANSETT PARK DRIVE, EAST PROVIDENCE, RI 02861 |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|
| MARIE O'CONNELL | IN PERSON |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| RICHARD A. CLEARY | INVESTIGATOR |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on 7/18/06
DATE

Richard A. Cleary
SIGNATURE OF SERVER

249 WICKENDEN STREET
ADDRESS OF SERVER

PROVIDENCE, RI 02903

## SCHEDULE A

1. All documents of Fluor NE, Inc., Marshall Contractors, Inc., or Fluor Daniel, Inc., relating to Brook Village, the construction of Brook Village, or Brook Village Associates, LLP.

2. All documents of Flour NE, Inc., Marshall Contractors, Inc., or Fluor Daniel, Inc., relating to Centerdale Manor, the construction of Centerdale Manor, or Centerdale Manor Associates, LLP.