**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| EMHART INDUSTRIES, INC.<br><br>Plaintiff,<br><br>v.<br><br>BERNARD V. BUONANNO, SR. and<br>ESTATE OF JOSEPH BUONANNO, SR.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 04-0058ML |

## JOINT MOTION TO EXTEND DEADLINES IN THE PRETRIAL ORDER

Plaintiff Emhart Industries, Inc. ("Emhart") and Defendants Bernard V. Buonanno, Sr. and Estate of Joseph Buonanno, Sr., by their respective counsel, respectfully request that the Court alter certain deadlines in this case.

The parties have largely completed written discovery. The requested extension will provide the parties with additional time to more fully develop the factual record through certain depositions.

In addition, Emhart has recently petitioned this Court in a related matter pursuant to Rule 27 of the Federal Rules of Civil Procedure, to allow it to notify additional parties of the depositions to be taken in this case.[1] This will reduce the potential burden on the various witnesses, many of whom have already been interviewed and/or deposed on ore more times, as well as preserve their testimony in light of the fact that many of them are elderly and/or not in good health. Emhart's petition has not yet been acted upon by the Court and therefore the parties do not expect that these depositions can be noticed and completed by the end of October, which under the case management order is the close of the discovery period in this case.

[1] In re Centredale Manor Superfund Site, Civil Action No. Misc. 03-114 (D.R.I).

Finally, on September 26, 2006, the Rhode Island Supreme Court heard oral argument with respect to the Estate of Joseph Buonanno Sr.'s petition for certification. A decision on the petition for certification may have additional bearing on discovery in this case.

Accordingly, the parties respectfully request that the Court amend the Pretrial Order as follows:

1. All discovery will be closed by January 31, 2007;

2. Plaintiff shall make its expert witness disclosures as required by Fed. R. Civ. P. 26(a)(2) by February 28, 2007;

3. Defendants shall make their expert witness disclosures as required by Fed. R. Civ. P. 26(a)(2) by March 30, 2007;

4. Expert depositions shall be completed by April 30, 2007;

5. Dispositive motions shall be filed by May 30, 2007;

6. Counsel shall present, thirty (30) days after a decision on any dispositive motion, or, if no dispositive motion is filed, by June 15, 2007, a typewritten memorandum setting forth those topics set forth in this Court's October 21, 2005 Order.

WHEREFORE, the Parties respectfully request that the Court amend the Pretrial Order to reflect the dates set forth above.

Respectfully submitted,

Emhart Industries, Inc.
By its Attorneys,

/s/ Craig M. Scott

Craig M. Scott, Esq. (#4237)
DUFFY SWEENEY & SCOTT, LTD
One Turks Head Place, Suite 1200
Providence, Rhode Island 02903
Telephone: (401) 455-0700
Fax: (401) 455-0701

Warren Anthony Fitch, Esq.
BINGHAM MCCUTCHEN, LLP
2020 K Street, NW
Washington, DC 20006
(202) 373-6000
(202) 373-6001 (Facsimile)

Bernard V. Buonanno, Sr. and
Estate of Joseph Buonanno, Sr.,
By their attorneys,

/s/ Deming Sherman

Deming E. Sherman, Esq.
Darlene K. Alt, Esq.
EDWARDS ANGELL PALMER & DODGE, LLP
2800 Financial Plaza
Providence, R.I. 02903
Telephone: (401) 274-9200
Fax: (401) 276-6611

Dated: October 3, 2006

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| EMHART INDUSTRIES, INC. <br><br> Plaintiff, <br><br> v. <br><br> BERNARD V. BUONANNO, SR. and ESTATE OF JOSEPH BUONANNO, SR. <br><br> Defendants. | ) | No. 04-0058ML |

## MEMORANDUM OF LAW IN SUPPORT OF JOINT MOTION TO EXTEND DEADLINES IN THE PRETRIAL ORDER

Plaintiff Emhart Industries, Inc. ("Emhart") and Defendants Bernard V. Buonanno, Sr. and Estate of Joseph Buonanno, Sr., by their respective counsel, respectfully request that the Court alter certain deadlines in this case.

The parties have largely completed written discovery. The requested extension will provide the parties with additional time to more fully develop the factual record through certain depositions.

In addition, Emhart has recently petitioned this Court in a related matter pursuant to Rule 27 of the Federal Rules of Civil Procedure, to allow it to notify additional parties of the depositions to be taken in this case.[1] This will reduce the potential burden on the various witnesses, many of whom have already been interviewed and/or deposed on ore more times, as well as preserve their testimony in light of the fact that many of them are elderly and/or not in good health. Emhart's petition has not yet been acted upon by the Court and therefore the parties do not expect that these depositions can be noticed and completed by the end of October, which under the case management order is the close of the discovery period in this case.

[1] In re Centredale Manor Superfund Site, Civil Action No. Misc. 03-114 (D.R.I).

Finally, on September 26, 2006, the Rhode Island Supreme Court heard oral argument with respect to the Estate of Joseph Buonanno Sr.'s petition for certification. A decision on the petition for certification may have additional bearing on discovery in this case.

Accordingly, the parties respectfully request that the Court amend the Pretrial Order as follows:

1. All discovery will be closed by January 31, 2007;

2. Plaintiff shall make its expert witness disclosures as required by Fed. R. Civ. P. 26(a)(2) by February 28, 2007;

3. Defendants shall make their expert witness disclosures as required by Fed. R. Civ. P. 26(a)(2) by March 30, 2007;

4. Expert depositions shall be completed by April 30, 2007;

5. Dispositive motions shall be filed by May 30, 2007;

6. Counsel shall present, thirty (30) days after a decision on any dispositive motion, or, if no dispositive motion is filed, by June 15, 2007, a typewritten memorandum setting forth those topics set forth in this Court's October 21, 2005 Order.

Respectfully submitted,

Emhart Industries, Inc.
By its Attorneys,

_/s/ Craig M. Scott, Esq._
Craig M. Scott, Esq. (#4237)
DUFFY SWEENEY & SCOTT, LTD
One Turks Head Place, Suite 1200
Providence, Rhode Island 02903
Telephone: (401) 455-0700
Fax: (401) 455-0701

Warren Anthony Fitch, Esq.
BINGHAM MCCUTCHEN, LLP
2020 K Street, NW
Washington, DC 20006
(202) 373-6000
(202) 373-6001 (Facsimile)

Bernard V. Buonanno, Sr. and
Estate of Joseph Buonanno, Sr.,
By their attorneys,

_/s/ Deming E. Sherman, Esq._
Deming E. Sherman, Esq.
Darlene K. Alt, Esq.
EDWARDS ANGELL PALMER &
DODGE, LLP
2800 Financial Plaza
Providence, R.I. 02903
Telephone: (401) 274-9200
Fax: (401) 276-6611

Dated: October 3, 2006