**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

EMHART INDUSTRIES, INC. )
)
Plaintiff, )
)
v. ) No. 04-0058ML
)
BERNARD V. BUONANNO, SR. and )
ESTATE OF JOSEPH BUONANNO, SR. )
)
Defendants. )

**STIPULATION OF DISMISSAL WITH PREJUDICE WITH RESPECT TO DEFENDANT ESTATE OF JOSEPH BUONANNO, SR.**

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), Plaintiff Emhart Industries, Inc. and Defendants Bernard V. Buonanno, Sr. and Estate of Joseph Buonanno, Sr., through undersigned counsel, hereby agree to dismiss all claims asserted in this action against the Estate of Joseph Buonanno, Sr., with prejudice, each party to bear its own costs.

Respectfully submitted this 28 day of November, 2006.

Emhart Industries, Inc.
By its Attorneys,

Craig M. Scott

Craig M. Scott, Esq. (#4237)
DUFFY SWEENEY & SCOTT, LTD
One Turks Head Place, Suite 1200
Providence, Rhode Island 02903
Telephone: (401) 455-0700
Fax: (401) 455-0701

Warren Anthony Fitch

Warren Anthony Fitch, Esq.
BINGHAM MCCUTCHEN, LLP
2020 K Street, NW
Washington, DC 20006
(202) 373-6000
(202) 373-6001 (Facsimile)

Bernard V. Buonanno, Sr. and
Estate of Joseph Buonanno, Sr.,
By their attorneys,

Deming E. Sherman

Deming E. Sherman, Esq. (#1138)
Darlene K. Alt, Esq. (#6345)
EDWARDS ANGELL PALMER & DODGE, LLP
2800 Financial Plaza
Providence, R.I. 02903
Telephone: (401) 274-9200
Fax: (401) 276-6611